IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREG & COMPANY, LLC., | |
| Plaintiff, | Case No.: 1:24-cv-04214 |
| v. | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Heather K. McShain |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 172 | Ying fang |
| 24 | WEIYOO |
| 32 | Sky Wall Art Poster |
| 41 | rong jia Inspirational poster |
| 142 | Tonys Grocery |
| 52 | YEEIFFD |
| 61 | BlessRoom |
| 63 | 365LIVEYG |
| 64 | Baiouyuan |
| 84 | KANAAN |
| 76 | family items |
| 92 | Ad Store-US |
| 93 | Mkbr898 |
| 188 | JOHNIN |
| 179 | sehun |
| 195 | BBGK Accessories |
| 196 | Hzxw jewellery |
| 166 | XINDIJIAFANG |

DATED:  June 28, 2024	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 28, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt