**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GREG & COMPANY, LLC.,

      Plaintiff,                            Case No.: 1:24-cv-04214

v.                                           Judge Manish S. Shah

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Heather K. McShain
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 86 | llgcgc |
| 87 | yjamerica |

DATED: June 28, 2024             Respectfully submitted,

                                          */s/ Keith A. Vogt*
                                          Keith A. Vogt (Bar No. 6207971)
                                          Keith Vogt, Ltd.
                                          33 W. Jackson Blvd., #2W
                                          Chicago, Illinois 60604
                                          Telephone: 312-971-6752
                                          E-mail: keith@vogtip.com

                                          ***ATTORNEY FOR PLAINTIFF***

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 28, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt